# IN THE COURT OF APPEALS FOR THE STATE OF WASHINGTON

| | | |
|---|---|---|
| STATE OF WASHINGTON, | ) | DIVISION ONE |
| Respondent, | ) ) ) | No. 71033-8-I |
| v. | ) ) | UNPUBLISHED OPINION |
| RAYMOND ELLIOTT, | ) ) | |
| Appellant. | ) ) ) | FILED: FEB 1 7 2015 |

PER CURIAM – Raymond Elliott appeals the sentence imposed following his conviction for second degree burglary. He contends, and the State concedes, that his offender score should have been 12 instead of 13. The parties also agree that the standard range is the same whether the score is 12 or 13. In such circumstances, the scoring error is harmless. State v. Argo, 81 Wn. App. 552, 569, 915 P.2d 1103 (1996) (error in calculating offender score was harmless where standard range would be the same under proper score); State v. Priest, 147 Wn. App. 662, 673, 196 P.3d 763 (2008). Nevertheless, because the incorrect judgment and sentence should be corrected, we remand solely for the court to correct the offender score on the judgment and sentence.

Remanded for correction of the judgment and sentence.

FOR THE COURT: